**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Harlan Michael Nefstead                          CHAPTER 13
       Dawn Michelle Nefstead
              Debtor(s)                                  BKY. NO. 19-10814 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
09 May 2023, 12:47:20, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c7d3a90c242184d884ced7c19a289bd0e72f699b4fdafc24739f8ee64e27a9ef