IN THE UNITED STATES BANKRUPTCY COURT
FOR THE western DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND DAWN MICHELLE NEFSTEAD, | : | HONORABLE JOHN C. MELARAGNO |
| | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING DEBTOR'S MOTION TO EMPLOY SPECIAL COUNSEL**

TO THE RESPONDENT(S):

**You are hereby notified that the Movant seeks an order affecting your rights or property.  You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than October 20, 2023** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A **hearing will be held on October 31, 2023 at 1:30 pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: October 3, 2023                          Respectfully submitted,
                                                THE QUINN LAW FIRM

                                    By:    /s/ Michael S. Jan Janin
                                           Michael S. Jan Janin, Esq.
                                           Pa. I.D. No. 38880
                                           2222 West Grandview Boulevard
                                           Erie, PA 16506-4508
                                           Phone:  (814) 833-2222, Ext. 1045
                                           Fax:  (814) 833-6753
                                           mjanjanin@quinnfirm.com
                                           Attorneys for Debtors