IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND DAWN MICHELLE NEFSTEAD, | : | HONORABLE JOHN C. MELARAGNO |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
| Movant, | : | Tuesday, October 31, 2023 at 1:30 p.m. |
| | : | |
| v. | : | RESPONSES DUE: |
| | : | October 20, 2023 |
| NO RESPONDENT. | : | |

**CERTIFICATE OF SERVICE IN REGARD TO**
**APPLICATION FOR LEAVE TO EMPLOY SPECIAL COUNSEL (PERSONAL INJURY-**
**ROUND UP LITIGATION) AND**
**NOTICE OF HEARING WITH RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 3, 2023.

The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were as follows:

SERVED VIA CM/ECF (NO PAPER COPY)

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour, Esquire at cmecf@chapter13trusteewdpa.com

- Lauren Moyer on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT at lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

- Denise Carlon on behalf of Creditor Limosa LLC at dcarlon@kmllawgroup.com

- Stephen Russell Franks on behalf of Creditor WELLS FARGO BANK, N.A. at amps@manleydeas.com

- Richard James Tracy, III on behalf of Creditor Rushmore Loan Management Services, LLC at richard.tracy.iii@gmail.com

<u>SERVED VIA USPS, First-Class Mail, postage prepaid</u>

- Shayna T. Slater, Esquire
- Betsy Zimmerman, Esq., Administratrix for the Estate of Harlan Nefstead
- Edgar Snyder & Associates, LLC
- All parties on the attached mailing matrix

Dated: October 3, 2023    Respectfully submitted,

        THE QUINN LAW FIRM

By:  <u>/s/ Michael S. Jan Janin</u>
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222, Ext. 1045
Fax: (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors

#1632136

```
Label Matrix for local noticing        ARIS                                    AT&T
0315-1                                  111 Stow Avenue                        P.O. Box 5014
Case 19-10814-JCM                       Suite 200                              Carol Stream, IL 60197-5014
WESTERN DISTRICT OF PENNSYLVANIA        Cuyahoga Falls, OH 44221-2560
Erie
Tue Oct  3 10:03:13 EDT 2023

Allegheny Health Network                Allied Interstate                      Barbara Welton, Esquire
P.O. Box 645266                         P.O. Box 361445                        2530 Village Commons Drive, #B
Pittsburgh, PA 15264-5250               Columbus, OH 43236-1445                Erie, PA 16506-7204


CBE Group                               Capital One Bank (USA), N.A.           Capital One Bank (USA), N.A.
1309  Technology Parkway                P.O. Box 71083                         by American InfoSource as agent
Cedar Falls, IA 50613-6976              Charlotte, NC 28272-1083               PO Box 71083
                                                                               Charlotte, NC  28272-1083


Capital One, N.A.                       Denise Carlon                          CitiBank, N.A.
c/o Becket and Lee LLP                  KML Law Group, P.C.                    c/of Fay Servicing LLC
PO Box 3001                             701 Market Street                      440 S. LaSalle Street
Malvern PA 19355-0701                   Suite 5000                             Suite 2000
                                        Philadelphia, PA 19106-1541            Chicago, IL 60605-5011


Comenity Bank                           Directv, LLC                           Discover Bank
Bankruptcy Dept.                        by American InfoSource as agent        Discover Products Inc
P.O. Box 182273                         PO Box 5072                            PO Box 3025
Columbus, OH 43218-2273                 Carol Stream, IL  60197-5072           New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC      EOS CCA                                Edward Snyder & Associates
PO BOX 3025                             P.O. Box 981002                        5158 Peach Street #10
NEW ALBANY OH 43054-3025                Boston, MA 02298-1002                  Erie, PA 16509-2488


Fed Loan Servicing                      (p)FIRST FEDERAL CREDIT CONTROL  INC   First Financial Investment Fund Holdings, Ll
P.O. Box 69184                          24700 CHAGRIN BLVD                     Jefferson Capital Systems LLC Assignee
Harrisburg, PA 17106-9184               SUITE 205                              Po Box 7999
                                        BEACHWOOD OH 44122-5662                Saint Cloud Mn 56302-7999


Ford Motor Credit Company               (p)FRANKLIN AMERICAN MORTGAGE COMPANY  (p)MANLEY DEAS KOCHALSKI LLC
575 E. Swedesford Road                  6100 TOWER CIRCLE                      ATTN BANKRUPTCY DEPT
Suite 100                               SUITE 800                              1555 LAKE SHORE DRIVE
Wayne, PA 19087-1625                    FRANKLIN TN 37067-1507                 COLUMBUS OH 43204-3825


Genpact Services LLC                    Home Depot                             Michael S. Jan Janin
P.O. Box 1969                           P.O. Box 9001010                       Quinn Buseck Leemhuis Toohey & Kroto Inc
Southgate, MI 48195-0969                Louisville, KY 40290-1010              2222 West Grandview Boulevard
                                                                               Erie, PA 16506-4508


Joan M. Fairchild, Esquire              KML Law Group PC                       Kohl's
132 N. Center Street                    Suite 5000, 701 Market Street          Payment Center
Corry, PA 16407-1625                    Philadelphia, PA 19106-1541            P.O. Box 2983
                                                                               Milwaukee, WI 53201-2983
```

```
LVNV Funding, LLC                       Limose, LLC                             Mercury Card
Resurgent Capital Services              Land Home Financial Services, Inc.      Card Services
PO Box 10587                            3611 South Harbor Blvd Suite 100        P.O. Box 84064
Greenville, SC 29603-0587               Santa Ana, CA 92704-7915                Columbus, GA 31908-4064


Mortgage Electronic Registration        Lauren Moyer                            Dawn Michelle Nefstead
Systems, Inc.                           Friedman Vartolo, LLP                   504 Concord Street
P.O. Box 2026                           1325 Franklin Ave                       Corry, PA 16407-2232
Flint, MI 48501-2026                    Suite 160
                                        Garden City, NY 11530-1631


Harlan Michael Nefstead                 Office of the United States Trustee     PRA Receivables Management, LLC
504 Concord Street                      Liberty Center.                         PO Box 41021
Corry, PA 16407-2232                    1001 Liberty Avenue, Suite 970          Norfolk, VA 23541-1021
                                        Pittsburgh, PA 15222-3721


Pa. Dept. of Revenue                    Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue
Dept. 280946                            Bankruptcy Division                     Department 280946
Harrisburg, PA 17128-0946               P.O. Box 280946                         P.O. Box 280946
                                        Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                                                                Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Rushmore Loan Management Services       Rushmore Loan Management Services, LLC
PO BOX 41067                            P.O. Box 55004                          Friedman Vartolo, LLP
NORFOLK VA 23541-1067                   Irvine, CA 92619-5004                   1325 Franklin Ave., Suite 160
                                                                                Garden City, NY 11530-1631


Sinko Zimmerman, LLC                    Synchrony Bank                          Synchrony Bank
Suite 200, One Adams Place              ATTENTION:  Bankruptcy Dept.            c/o of PRA Receivables Management, LLC
310 Seven Fields Blvd.                  P.O. Box 965061                         PO Box 41021
Seven Fields, PA 16046-4343             Orlando, FL 32896-5061                  Norfolk, VA 23541-1021


Richard James Tracy III                 Trisha D. Nefstead                      U.S. Bank National Association
Friedman Vartolo LLP                    504 Concord Avenue                      c/o Rushmore Loan Management Services
85 Broad Street                         Corry, PA 16407-2232                    P.O. Box 55004
Ste 501                                                                         Irvine, CA 92619-5004
New York, NY 10004-1734


U.S. Bank National Association, not in its i   U.S. Bank National Association, not in its i   U.S. Department of Education
Friedman Vartolo, LLP                   Friedman Vartolo, LLP                   c/o FedLoan Servicing
1325 Franklin Ave., Ste 160             85 Broad Street, Suite 501              P.O. Box 69184
Garden City, NY 11530-1631              New York, NY 10004-1734                 Harrisburg, PA 17106-9184


Vicky Conner                            Warren General Hospital                 Wells Fargo Bank, N.A.
31131 Tatle Street                      Two Crescent Park West                  3476 Stateview Blvd.
Cambridge Springs, PA 16403-5635        P.O. Box 68                             Fort Mill, SC 29715-7200
                                        Warren, PA 16365-0068


Wells Fargo Bank, N.A.                  Wells Fargo Bank, N.A.                  Wells Fargo Card Services
Default Document Processing             Wells Fargo Card Services               P.O. Box 51193
MAC# N9286-01Y                          PO Box 10438, MAC F8235-02F             Los Angeles, CA 90051-5493
1000 Blue Gentian Road                  Des Moines, IA 50306-0438
Eagan MN 55121-1663
```

| | | |
|---|---|---|
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Betsy A. Zimmerman<br>Sinko Zimmerman, LLC<br>Suite 200, One Adams Place<br>310 Seven Fields Blvd.<br>Seven Fields, PA 16046-4343 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial Services LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | First Federal Credit Control<br>2470 Chagrin Blvd.<br>Suite 205<br>Beachwood, OH 44122-5630 |
| Franklin American Mortgage Company<br>501 Corporate Center Drive<br>Suite 400<br>Franklin, TN 37067 | Stephen Russell Franks<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | (d)Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Limosa LLC | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (u)US Bank NA |
| (u)WELLS FARGO BANK, N.A. | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     4<br>Total                  66 | |