IN THE UNITED STATES BANKRUPTCY COURT
FOR THE western DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND DAWN MICHELLE NEFSTEAD, | : | HONORABLE JOHN C. MELARAGNO |
| | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTOR'S MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

TO THE RESPONDENT(S):

**You are hereby notified that the Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than November 17, 2023** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**A hearing will be held on November 28, 2023 at 1:30 pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501**. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: October 17, 2023

Respectfully submitted,
THE QUINN LAW FIRM

By:   /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone:  (814) 833-2222, Ext. 1045
Fax:  (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors