IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | Related to: Document Nos. 70 and 82 |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## ORDER

AND NOW, to-wit, this  23rd  day of October, 2023, upon consideration of Debtor, Dawn Michelle Nefstead's Motion to Continue the October 31, 2023 hearing, it is hereby ORDERED, ADJUDGED and DECREED that Debtors' Motion to Employ Special Counsel shall be rescheduled to Tuesday, November 28, 2023 at 1:30pm. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    IT IS SO ORDERED.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
10/23/23 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10814-JCM |
| Harlan Michael Nefstead | Chapter 13 |
| Dawn Michelle Nefstead | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Michael S. Jan Janin | |
| | on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | |
| | on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Oct 23, 2023 | Form ID: pdf900 | Total Noticed: 1

|  |  |
|---|---|
|  | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III |  |
|  | on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com |
| Ronda J. Winnecour |  |
|  | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks |  |
|  | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

TOTAL: 8