IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|    Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | RELATED TO DOC. #70, 73, 76, 77, and 79 |
|    Movant, | : | |
| | : | |
|    v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## **CONSENT ORDER**

WHEREAS, above-captioned Movant has filed a Motion to Approve Personal Injury Settlement (Round-Up) (Doc. #79), Amended Exemptions (Doc. #73), and an Application for Leave to Employ Special Counsel (Doc. #70);

WHEREAS, the Chapter 13 Trustee has objected to the employment motion and exemptions, and has communicated to Debtor's Counsel an intention to object to the settlement to the extent it distributes funds before the resolution of pending objections;

WHEREAS, to avoid the costs and expenses of litigating the various legal issues the parties, consisting of the Movant and Chapter 13 Trustee, have agreed to settle these matters on the following terms and conditions:

A. The Chapter 13 Trustee shall be paid $10,000.00 from the gross settlement which shall be deemed to be additional plan funding (i.e., not a credit against amounts required to be paid under the previously confirmed plan) and which sum, after deduction of applicable Trustee fees, shall be earmarked for payment to non-specially classified general unsecured creditors. Debtors shall file, on or before 11/15/23 an amended plan that incorporates this provision and that specially classifies and defers payment of all student loan creditors with the understanding that the claims of such creditors will be addressed post-discharge or other conclusion of the case.

B. Subject to the foregoing provision:

1. The Application for Leave to Employ Special Counsel is GRANTED.

2. The Motion to Approve Settlement is GRANTED.

3. From the gross settlement amount of $202,716.76, and after payment of $10,000.00 to the Chapter 13 Trustee, the following amounts shall be paid:

    a. Gross attorney fees of 33 1/3%: $67,572.25.

    b. Costs of Litigation: $4,260.27

        i. Anapol Weiss Costs - $13.10
        ii. Referrer Costs - $0.00
        iii. Enhancement Fee - $1,500.00
        iv. Special Master Expense - $1,666.84
        v. Epiq Lien Resolution Fee - $475.00
        vi. Epiq Admin Fee - $605.33

    c. Medical Lien/Subrogation (Final): $7,984.97

    d. Michael S. Jan Janin and the Quinn Law Firm are awarded $1,500.00 in counsel fees to be paid from the gross settlement.

    e. Net proceeds in the amount of $23,224.81 shall be paid to the Debtors' son, Anthony David Nefstead.

    f. The remaining net proceeds in the amount of $83,914.19 shall be paid to the Debtor, Dawn Michelle Nefstead.

4. The funds shall be dispersed by Shana Slater, Esquire of the law firm of Anapol Weiss.

5. The hearing on the Application for Leave to Employ Special Counsel currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot, the objection having been resolved.

6. The hearing on the Motion to Approve Personal Injury Settlement currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot.

7. The hearing on the Objection to Exemptions currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot, the objection having been resolved.

IT IS SO ORDERED this _____ day of November, 2023.

                                            Honorable John C. Melaragno
                                            United States Bankruptcy Judge

CONSENTED TO:

**QUINN LAW FIRM**

By     /s/ Michael S. Jan Janin
      Michael S. Jan Janin, Esquire
      Pa. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone:  (814) 833-2222, Ext. 1045
      Fax:  (814) 833-6753
      mjanjanin@quinnfirm.com
      Attorney for Debtors


**OFFICE OF THE CHAPTER 13 TRUSTEE**

By     /s/ Owen Katz
      Owen Katz, Esquire PA I.D. #36473
      US Steel Tower – Suite 3250
      600 Grant St.
      Pittsburgh, PA 15219
      (412) 471-5566
      okatz@chapter13trusteewdpa.com
      Attorney for Trustee