IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | |
| Movant, | : | Related to:  Document Nos. 70, 77 and 79 |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## CONSENT ORDER

WHEREAS, above-captioned Movant has filed a Motion to Approve Personal Injury Settlement (Round-Up) (Doc. #79), Amended Exemptions (Doc. #73), and an Application for Leave to Employ Special Counsel (Doc. #70);

WHEREAS, the Chapter 13 Trustee has objected to the employment motion and exemptions, and has communicated to Debtor's Counsel an intention to object to the settlement to the extent it distributes funds before the resolution of pending objections;

WHEREAS, to avoid the costs and expenses of litigating the various legal issues the parties, consisting of the Movant and Chapter 13 Trustee, have agreed to settle these matters on the following terms and conditions:

    A.    The Chapter 13 Trustee shall be paid $10,000.00 from the gross settlement which shall be deemed to be additional plan funding (i.e., not a credit against amounts required to be paid under the previously confirmed plan) and which sum, after deduction of applicable Trustee fees, shall be earmarked for payment to non-specially classified general unsecured creditors. Debtors shall file, on or before 11/15/23 an amended plan that incorporates this provision and that specially classifies and defers payment of all student loan creditors with the understanding that the claims of such creditors will be addressed post-discharge or other conclusion of the case.

    B.    Subject to the foregoing provision:

    1.    The Application for Leave to Employ Special Counsel is GRANTED.

2. The Motion to Approve Settlement is GRANTED.

3. From the gross settlement amount of $202,716.76, and after payment of $10,000.00 to the Chapter 13 Trustee, the following amounts shall be paid:

    a. Gross attorney fees of 33 1/3%: $67,572.25.

    b. Costs of Litigation: $4,260.27

        i. Anapol Weiss Costs - $13.10
        ii. Referrer Costs - $0.00
        iii. Enhancement Fee - $1,500.00
        iv. Special Master Expense - $1,666.84
        v. Epiq Lien Resolution Fee - $475.00
        vi. Epiq Admin Fee - $605.33

    c. Medical Lien/Subrogation (Final): $7,984.97

    d. Michael S. Jan Janin and the Quinn Law Firm are awarded $1,500.00 in counsel fees to be paid from the gross settlement.

    e. Net proceeds in the amount of $23,224.81 shall be paid to the Debtors' son, Anthony David Nefstead.

    f. The remaining net proceeds in the amount of $83,914.19 shall be paid to the Debtor, Dawn Michelle Nefstead.

4. The funds shall be dispersed by Shana Slater, Esquire of the law firm of Anapol Weiss.

5. The hearing on the Application for Leave to Employ Special Counsel currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot, the objection having been resolved.

6. The hearing on the Motion to Approve Personal Injury Settlement currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot.

7. The hearing on the Objection to Exemptions currently scheduled for Tuesday, November 28, 2023 at 1:30 pm is CANCELLED as moot, the objection having been resolved.

IT IS SO ORDERED this __3rd__ day of November, 2023.

John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
11/3/23 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CONSENTED TO:

**QUINN LAW FIRM**

By     /s/ Michael S. Jan Janin
      Michael S. Jan Janin, Esquire
      Pa. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone: (814) 833-2222, Ext. 1045
      Fax: (814) 833-6753
      mjanjanin@quinnfirm.com
      Attorney for Debtors


**OFFICE OF THE CHAPTER 13 TRUSTEE**

By     /s/ Owen Katz
      Owen Katz, Esquire PA I.D. #36473
      US Steel Tower – Suite 3250
      600 Grant St.
      Pittsburgh, PA 15219
      (412) 471-5566
      okatz@chapter13trusteewdpa.com
      Attorney for Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10814-JCM |
| Harlan Michael Nefstead | Chapter 13 |
| Dawn Michelle Nefstead | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |
| sp | + | Betsy A. Zimmerman, Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| sp | + | Shayna Slater, Arapol Weiss, 130 North 18th Street, Suite #1600, Philadelphia, PA 19103-2780 |
| sp | + | Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 15103609 | + | ARIS, 111 Stow Avenue, Suite 200, Cuyahoga Falls, OH 44221-2560 |
| 15103608 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15103611 | + | Barbara Welton, Esquire, 2530 Village Commons Drive, #B, Erie, PA 16506-7204 |
| 15103614 | + | CitiBank, N.A., c/of Fay Servicing LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15103620 | | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103622 | + | Ford Motor Credit Company, 575 E. Swedesford Road, Suite 100, Wayne, PA 19087-1625 |
| 15103626 | #+ | Joan M. Fairchild, Esquire, 132 N. Center Street, Corry, PA 16407-1625 |
| 15143435 | + | Limosa, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15103634 | + | Trisha D. Nefstead, 504 Concord Avenue, Corry, PA 16407-2232 |
| 15109689 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103635 | + | Vicky Conner, 31131 Tatle Street, Cambridge Springs, PA 16403-5635 |
| 15103639 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15103636 | | Warren General Hospital, Two Crescent Park West, P.O. Box 68, Warren, PA 16365-0068 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2023 00:12:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 03 2023 23:57:13 | Rushmore Loan Management Services, LLC, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15103610 | | Email/Text: g17768@att.com | Nov 04 2023 00:03:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15103607 | ^ | MEBN | Nov 03 2023 23:57:23 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15103613 | + | Email/Text: bankruptcynotices@cbecompanies.com | | |

Case 19-10814-JCM  Doc 89  Filed 11/05/23  Entered 11/05/23 23:24:32  Desc Imaged
Certificate of Notice  Page 5 of 7

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | Nov 04 2023 00:03:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 15103612 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2023 00:11:52 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15112054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2023 00:12:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133809 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2023 00:26:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103615 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2023 00:03:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 182273, Columbus, OH 43218-2273 |
| 15103616 | | Email/Text: mrdiscen@discover.com | Nov 04 2023 00:03:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15107911 | | Email/Text: G06041@att.com | Nov 04 2023 00:03:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15106675 | | Email/Text: mrdiscen@discover.com | Nov 04 2023 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103619 | | Email/Text: bankruptcydepartment@tsico.com | Nov 04 2023 00:03:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 15103621 | | Email/Text: rj@ffcc.com | Nov 04 2023 00:03:00 | First Federal Credit Control, 2470 Chagrin Blvd., Suite 205, Beachwood, OH 44122-5630 |
| 15103623 | | Email/Text: mortgagebksupport@citizensbank.com | Nov 04 2023 00:03:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 15124960 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2023 00:03:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15103625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2023 00:26:21 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15103627 | ^ | MEBN | Nov 03 2023 23:57:03 | KML Law Group PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15103628 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 04 2023 00:03:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15105877 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2023 00:26:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103629 | | Email/Text: amps@manleydeas.com | Nov 04 2023 00:03:00 | Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15103630 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 04 2023 00:03:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15103631 | ^ | MEBN | Nov 03 2023 23:57:09 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15139922 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2023 00:26:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15103632 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2023 00:03:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15105649 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15367069 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2023 00:03:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 02:04:25 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

Case 19-10814-JCM    Doc 89    Filed 11/05/23    Entered 11/05/23 23:24:32    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15104612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2023 00:12:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375360 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2023 00:03:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15121708 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2023 02:04:28 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15133824 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2023 00:11:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15103637 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2023 00:12:06 | Wells Fargo Bank, N.A., 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 15103638 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2023 00:26:21 | Wells Fargo Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa LLC |
| cr | | US Bank NA |
| cr | | WELLS FARGO BANK, N.A. |
| 15137278 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103617 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15375362 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103618 | ##+ | Edward Snyder & Associates, 5158 Peach Street #10, Erie, PA 16509-2488 |
| 15103624 | ## | Genpact Services LLC, P.O. Box 1969, Southgate, MI 48195-0969 |

TOTAL: 3 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf900 | Total Noticed: 53 |

2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Michael S. Jan Janin

on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin

on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III

on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com


TOTAL: 8