**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HARLAN MICHAEL NEFSTEAD<br>DAWN MICHELLE NEFSTEAD<br><br>　　　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　　　Movant<br>　　vs.<br>US BANK NA - TRUSTEE ET AL++<br><br>　　　　　Respondents | Case No. 19-10814JCM<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

| | |
|---|---|
| US BANK NA - TRUSTEE ET AL++<br>C/O RUSHMORE LOAN MANAGEMENT SVCS LLC<br>PO BOX 52708<br>IRVINE, CA 92619 | Court claim# 8/Trustee CID# 46 |

The Movant further certifies that on 11/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
HARLAN MICHAEL NEFSTEAD, DAWN MICHELLE NEFSTEAD, 504 CONCORD STREET, CORRY, PA 16407

:
RUSHMORE LOAN MANAGEMENT SVCS, PO BOX 55004, IRVINE, CA 92619

ORIGINAL CREDITOR:
US BANK NA - TRUSTEE ET AL++, C/O RUSHMORE LOAN MANAGEMENT SVCS LLC, PO BOX 52708, IRVINE, CA 92619

NEW CREDITOR:

DEBTOR'S COUNSEL:
MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW BLVD, ERIE, PA 16506-4508

ORIGINAL CREDITOR'S COUNSEL:
FRIEDMAN VARTOLO LLP, 1325 FRANKLIN AVE STE 160, GARDEN CITY, NY 11530