**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| HARLAN MICHAEL NEFSTEAD | Case No. 19-10814JCM |
| DAWN MICHELLE NEFSTEAD | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PA DEPARTMENT OF REVENUE* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

THE CLAIM HAS NOT BEEN AMENDED OR WITHDRAWN.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE* | Court claim# 1/Trustee CID# 43 |
| BUR OF COMPL SECT-DEPT 280946 | |
| STRAWBERRY SQ | |
| HARRISBURG, PA 17128 | |

The Movant further certifies that on 11/13/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
HARLAN MICHAEL NEFSTEAD, DAWN MICHELLE NEFSTEAD, 504 CONCORD STREET, CORRY, PA 16407

DEBTOR'S COUNSEL:
MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW BLVD, ERIE, PA 16506-4508

ORIGINAL CREDITOR:
PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128

ORIGINAL CREDITOR'S COUNSEL:
COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA 15222

NEW CREDITOR: