IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|    Debtors | : | CHAPTER 13 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, | : | RELATED TO CLAIM NO. 8 |
| NOT IN ITS INDIVIDUAL CAPACITY BUT | : | |
| SOLELY AS TRUSTEE FOR RMTP TRUST, | : | |
| SERIES 2021 BKM-TT, | : | |
|    Movant | : | |
| | : | |
|        v. | : | |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | |
| DAWN MICHELLE NEFSTEAD; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents | : | |

DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors Harlan Michael Nefstead and Dawn Michelle Nefstead

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, | : | RELATED TO CLAIM NO. 8 |
| NOT IN ITS INDIVIDUAL CAPACITY BUT | : | |
| SOLELY AS TRUSTEE FOR RMTP TRUST, | : | |
| SERIES 2021 BKM-TT, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | |
| DAWN MICHELLE NEFSTEAD; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 12, 2024. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *CM/ECF Notification System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Stephen Russell Franks on behalf of Creditor WELLS FARGO BANK, N.A. at amps@manleydeas.com

- Lauren Moyer on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT at lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

- Richard James Tracy, III on behalf of Creditor Rushmore Loan Management Services, LLC at richard.tracy.iii@gmail.com

Dated: January 12, 2024

Respectfully submitted,
THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors Harlan Michael Nefstead and Dawn Michelle Nefstead

1647985