IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 19-10814 JCM |
| HARLAN MICHAEL NEFSTEAD AND DAWN MICHELLE NEFSTEAD, Debtors. | HONORABLE JOHN C. MELARAGNO CHAPTER 13 |
| DAWN MICHELLE NEFSTEAD, Movant, | RELATED TO DOC. #104 |
| v. | |
| NO RESPONDENT. | |

**ORDER**

AND NOW, to-wit this 20th day of February, 2024, upon consideration of the Motion to Excuse Harlan Michael Nefstead from taking the Debtor Education Class and filing the Certificate of Discharge Eligibility Due to his Death, and it appearing that the Debtor, Harlan Michael Nefstead, died on December 5, 2019 prior to taking the Debtor Education Class, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED in part as follows:

The Debtor, Harlan Michael Nefstead, is hereby excused from taking the Debtor Education Class and the filing of the Certificate of Completion of the Debtor Education Course is hereby WAIVED. However, the Debtor must still complete and file the Certificate of Discharge Eligibility. The entry of the Debtors' discharge is STAYED pending further Order of Court on the resolution of Adversary No. 24-1004-JCM.

SIGNED
2/20/24 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10814-JCM |
| Harlan Michael Nefstead | Chapter 13 |
| Dawn Michelle Nefstead | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Jennifer Brown | on behalf of Plaintiff Tammie Haynes jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Travis Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Jake Parrett jbrown@nwls.org |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Michael S. Jan Janin
    on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
    on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

TOTAL: 11