IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
|     Movant, | : | APRIL 16, 2024 AT 1:30 PM |
| | : | |
|     v. | : | RESPONSES DUE: |
| | : | APRIL 8, 2024 |
| ANTHONY DAVID NEFSTEAD & | : | |
| TRISHA NEFSTEAD, | : | |
|     Respondents | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING DEBTOR'S MOTION TO AMEND DISTRIBUTION OF WRONGFUL DEATH
& SURVIVOR ACTION**

TO THE RESPONDENT(S):

    **You are hereby notified that the Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than April 8, 2024** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    **A hearing will be held on April 16, 2024 at 1:30 pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: March 21, 2024            Respectfully submitted,
                                        THE QUINN LAW FIRM

                      By:    /s/ Michael S. Jan Janin
                              Michael S. Jan Janin, Esq.
                              Pa. I.D. No. 38880
                              2222 West Grandview Boulevard
                              Erie, PA 16506-4508
                              Phone: (814) 833-2222, Ext. 1045
                              Fax: (814) 833-6753
                              mjanjanin@quinnfirm.com
                              Attorneys for Debtors