IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
|     Movant, | : | APRIL 16, 2024 AT 1:30 PM |
| | : | |
|     v. | : | RESPONSES DUE: |
| | : | APRIL 8, 2024 |
| ANTHONY DAVID NEFSTEAD AND | : | |
| TRISHA NEFSTEAD, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE IN REGARD TO
MOTION TO AMEND DISTRIBUTION TO DAWN MICHELLE NEFSTEAD AND
ANTHONY DAIVD NEFSTEAD AND THE ESTATE OF HARLAN NEFSTEAD
(ROUND-UP LITIGATION) AND NOTICE OF HEARING WITH RESPONSE
DEADLINE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 21, 2024.

    The types of service made are as follows:

SERVED VIA CM/ECF (NO PAPER COPY)

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour, Esquire at cmecf@chapter13trusteewdpa.com
- Lauren Moyer on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT at lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com
- Denise Carlon on behalf of Creditor Limosa LLC at dcarlon@kmllawgroup.com
- Stephen Russell Franks on behalf of Creditor WELLS FARGO BANK, N.A. at amps@manleydeas.com
- Richard James Tracy, III on behalf of Creditor Rushmore Loan Management Services, LLC at richard.tracy.iii@gmail.com

1654726

<u>SERVED VIA USPS, First-Class Mail, postage prepaid</u>

- Shayna T. Slater, Esquire
- Edgar Snyder & Associates, LLC
- Betsy Zimmerman, Esq., Administratrix for the Estate of Harlan Nefstead
- Anthony Michael Nefstead, 1186 Horm Run Road, Reynoldsville, PA 15851
- Tricia Nefstead, 504 Concord Street, Corry, PA 16407
- All parties on the attached mailing matrix

Dated: March 21, 2024

Respectfully submitted,

THE QUINN LAW FIRM

By: _____

Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222, Ext. 1045
Fax: (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors

1654726

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10814-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct  3 10:03:13 EDT 2023 | ARIS<br>111 Stow Avenue<br>Suite 200<br>Cuyahoga Falls, OH 44221-2560 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 |
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236-1445 | Barbara Welton, Esquire<br>2530 Village Commons Drive, #B<br>Erie, PA 16506-7204 |
| CBE Group<br>1309  Technology Parkway<br>Cedar Falls, IA 50613-6976 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | CitiBank, N.A.<br>c/of Fay Servicing LLC<br>440 S. LaSalle Street<br>Suite 2000<br>Chicago, IL 60605-5011 |
| Comenity Bank<br>Bankruptcy Dept.<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL  60197-5072 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EOS CCA<br>P.O. Box 981002<br>Boston, MA 02298-1002 | Edward Snyder & Associates<br>5158 Peach Street #10<br>Erie, PA 16509-2488 |
| Fed Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | (p)FIRST FEDERAL CREDIT CONTROL  INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 | First Financial Investment Fund Holdings, Ll<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Ford Motor Credit Company<br>575 E. Swedesford Road<br>Suite 100<br>Wayne, PA 19087-1625 | (p)FRANKLIN AMERICAN MORTGAGE COMPANY<br>6100 TOWER CIRCLE<br>SUITE 800<br>FRANKLIN TN 37067-1507 | (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 |
| Genpact Services LLC<br>P.O. Box 1969<br>Southgate, MI 48195-0969 | Home Depot<br>P.O. Box 9001010<br>Louisville, KY 40290-1010 | Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 |
| Joan M. Fairchild, Esquire<br>132 N. Center Street<br>Corry, PA 16407-1625 | KML Law Group PC<br>Suite 5000, 701 Market Street<br>Philadelphia, PA 19106-1541 | Kohl's<br>Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Limose, LLC<br>Land Home Financial Services, Inc.<br>3611 South Harbor Blvd Suite 100<br>Santa Ana, CA 92704-7915 | Mercury Card<br>Card Services<br>P.O. Box 84064<br>Columbus, GA 31908-4064 |
| Mortgage Electronic Registration<br>Systems, Inc.<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Lauren Moyer<br>Friedman Vartolo, LLP<br>1325 Franklin Ave<br>Suite 160<br>Garden City, NY 11530-1631 | Dawn Michelle Nefstead<br>504 Concord Street<br>Corry, PA 16407-2232 |
| Harlan Michael Nefstead<br>504 Concord Street<br>Corry, PA 16407-2232 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Rushmore Loan Management Services, LLC<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Suite 160<br>Garden City, NY 11530-1631 |
| Sinko Zimmerman, LLC<br>Suite 200, One Adams Place<br>310 Seven Fields Blvd.<br>Seven Fields, PA 16046-4343 | Synchrony Bank<br>ATTENTION:  Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Richard James Tracy III<br>Friedman Vartolo LLP<br>85 Broad Street<br>Ste 501<br>New York, NY 10004-1734 | Trisha D. Nefstead<br>504 Concord Avenue<br>Corry, PA 16407-2232 | U.S. Bank National Association<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| U.S. Bank National Association, not in its i<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Ste 160<br>Garden City, NY 11530-1631 | U.S. Bank National Association, not in its i<br>Friedman Vartolo, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004-1734 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| Vicky Conner<br>31131 Tatle Street<br>Cambridge Springs, PA 16403-5635 | Warren General Hospital<br>Two Crescent Park West<br>P.O. Box 68<br>Warren, PA 16365-0068 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-1663 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 |

```
(p)WELLS FARGO BANK NA                     Ronda J. Winnecour                    Betsy A. Zimmerman
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING Suite 3250, USX Tower               Sinko Zimmerman, LLC
ATTN BANKRUPTCY DEPT MAC X7801-014          600 Grant Street                      Suite 200, One Adams Place
3476 STATEVIEW BLVD                         Pittsburgh, PA 15219-2702             310 Seven Fields Blvd.
FORT MILL SC 29715-7203                                                           Seven Fields, PA 16046-4343
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services                 (d)Discover Financial Services LLC   First Federal Credit Control
P.O. Box 15316                              P.O. Box 15316                        2470 Chagrin Blvd.
Wilmington, DE 19850                        Wilmington, DE 19850                  Suite 205
                                                                                  Beachwood, OH 44122-5630


Franklin American Mortgage Company          Stephen Russell Franks                (d)Manley Deas Kochalski LLC
501 Corporate Center Drive                  Manley Deas Kochalski LLC             P.O. Box 165028
Suite 400                                   PO Box 165028                         Columbus, OH 43216-5028
Franklin, TN 37067                          Columbus, OH 43216-5028


Portfolio Recovery Associates, LLC          Wells Fargo Home Mortgage
POB 12914                                   8480 Stagecoach Circle
Norfolk VA 23541                            Frederick, MD 21701
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Limosa LLC                               (d)Pennsylvania Department of Revenue (u)US Bank NA
                                            Bankruptcy Division PO Box 280946
                                            Harrisburg, PA  17128-0946


(u)WELLS FARGO BANK, N.A.                   End of Label Matrix
                                            Mailable recipients    62
                                            Bypassed recipients     4
                                            Total                  66
```