IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
| Movant, | : | APRIL 16, 2024 AT 1:30 PM |
| | : | |
| v. | : | RESPONSES DUE: |
| | : | APRIL 8, 2024 |
| ANTHONY DAVID NEFSTEAD AND | : | |
| TRISHA NEFSTEAD, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE IN REGARD TO
MOTION TO AMEND DISTRIBUTION TO DAWN MICHELLE NEFSTEAD AND
ANTHONY DAIVD NEFSTEAD AND THE ESTATE OF HARLAN NEFSTEAD
(ROUND-UP LITIGATION) AND NOTICE OF HEARING WITH RESPONSE
DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 21, 2024.

The types of service made are as follows:

SERVED VIA CM/ECF (NO PAPER COPY)

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour, Esquire at cmecf@chapter13trusteewdpa.com

- Lauren Moyer on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT at lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

- Denise Carlon on behalf of Creditor Limosa LLC at dcarlon@kmllawgroup.com

- Stephen Russell Franks on behalf of Creditor WELLS FARGO BANK, N.A. at amps@manleydeas.com

- Richard James Tracy, III on behalf of Creditor Rushmore Loan Management Services, LLC at richard.tracy.iii@gmail.com

1654726

SERVED VIA USPS, First-Class Mail, postage prepaid

- Shayna T. Slater, Esquire
- Edgar Snyder & Associates, LLC
- Betsy Zimmerman, Esq., Administratrix for the Estate of Harlan Nefstead
- Anthony Michael Nefstead, 1186 Horm Run Road, Reynoldsville, PA 15851
- Tricia Nefstead, 504 Concord Street, Corry, PA 16407
- All parties on the attached mailing matrix

Dated: March 21, 2024                  Respectfully submitted,

                                       THE QUINN LAW FIRM

                              By:      /s/ Michael S. Jan Janin
                                       Michael S. Jan Janin, Esq.
                                       Pa. I.D. No. 38880
                                       2222 West Grandview Boulevard
                                       Erie, PA 16506-4508
                                       Phone:  (814) 833-2222, Ext. 1045
                                       Fax:  (814) 833-6753
                                       mjanjanin@quinnfirm.com
                                       Attorneys for Debtors

1654726

Label Matrix for local noticing
0315-1
Case 19-10814-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Mar 21 14:04:39 EDT 2024

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Rushmore Loan Management Services, LLC
Friedman Vartolo, LLP
1325 Franklin Ave., Suite 160
Garden City, NY 11530-1631

Sinko Zimmerman, LLC
Suite 200, One Adams Place
310 Seven Fields Blvd.
Seven Fields, PA 16046-4343

U.S. Bank National Association, not in its i
Friedman Vartolo, LLP
1325 Franklin Ave., Ste 160
Garden City, NY 11530-1631

U.S. Bank National Association, not in its i
Friedman Vartolo, LLP
85 Broad Street, Suite 501
New York, NY 10004-1734

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

ARIS
111 Stow Avenue
Suite 200
Cuyahoga Falls, OH 44221-2560

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Allegheny Health Network
P.O. Box 645266
Pittsburgh, PA 15264-5250

Allied Interstate
P.O. Box 361445
Columbus, OH 43236-1445

Barbara Welton, Esquire
2530 Village Commons Drive, #B
Erie, PA 16506-7204

CBE Group
1309  Technology Parkway
Cedar Falls, IA 50613-6976

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CitiBank, N.A.
c/of Fay Servicing LLC
440 S. LaSalle Street
Suite 2000
Chicago, IL 60605-5011

Comenity Bank
Bankruptcy Dept.
P.O. Box 182273
Columbus, OH 43218-2273

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EOS CCA
P.O. Box 981002
Boston, MA 02298-1002

Edward Snyder & Associates
5158 Peach Street #10
Erie, PA 16509-2488

Fed Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

(p)FIRST FEDERAL CREDIT CONTROL  INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5630

First Financial Investment Fund Holdings, Ll
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Ford Motor Credit Company
575 E. Swedesford Road
Suite 100
Wayne, PA 19087-1625

(p)FRANKLIN AMERICAN MORTGAGE COMPANY
6100 TOWER CIRCLE
SUITE 800
FRANKLIN TN 37067-1507

Genpact Services LLC
P.O. Box 1969
Southgate, MI 48195-0969

Home Depot
P.O. Box 9001010
Louisville, KY 40290-1010

Jennifer Brown
Northwestern Legal Services
3110 Highland Road
Suite 203
Hermitage, PA 16148-4505

Joan M. Fairchild, Esquire
132 N. Center Street
Corry, PA 16407-1625

KML Law Group PC
Suite 5000, 701 Market Street
Philadelphia, PA 19106-1541

Kohl's
Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Limosa, LLC
Land Home Financial Services, Inc.
3611 South Harbor Blvd Suite 100
Santa Ana, CA 92704-7915

(p)MANLEY DEAS KOCHALSKI LLC
ATTN BANKRUPTCY DEPT
1555 LAKE SHORE DRIVE
COLUMBUS OH 43204-3825

Mercury Card
Card Services
P.O. Box 84064
Columbus, GA 31908-4064

Mortgage Electronic Registration
Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pa. Dept. of Revenue
Dept. 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

Synchrony Bank
ATTENTION:  Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tammie Haynes
3110 Highland Road
Suite 203
Hermitage, PA 16148-4505

Trisha D. Nefstead
504 Concord Avenue
Corry, PA 16407-2232

U.S. Bank National Association
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

U.S. Bank National Association, et al.
C/O Rushmore Servicing
PO BOX 619096
Dallas, TX 75261-9096

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Vicky Conner
31131 Tatle Street
Cambridge Springs, PA 16403-5635

Warren General Hospital
Two Crescent Park West
P.O. Box 68
Warren, PA 16365-0068

Wells Fargo Bank, N.A.
3476 Stateview Blvd.
Fort Mill, SC 29715-7200

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-1663

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
P.O. Box 51193
Los Angeles, CA 90051-5493

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Betsy A. Zimmerman
Sinko Zimmerman, LLC
Suite 200, One Adams Place
310 Seven Fields Blvd.
Seven Fields, PA 16046-4343

Dawn Michelle Nefstead
504 Concord Street
Corry, PA 16407-2232

Harlan Michael Nefstead
504 Concord Street
Corry, PA 16407-2232

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Shayna Slater
Arapol Weiss
130 North 18th Street
Suite #1600
Philadelphia, PA 19103-2780

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

(d)Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

First Federal Credit Control
2470 Chagrin Blvd.
Suite 205
Beachwood, OH 44122-5630

Franklin American Mortgage Company
501 Corporate Center Drive
Suite 400
Franklin, TN 37067

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Limosa LLC

(u)US Bank NA

(u)WELLS FARGO BANK, N.A.

End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66