IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
|     Movant, | : | MAY 14, 2024 AT 1:30 PM |
| | : | |
|     v. | : | RESPONSES DUE: |
| | : | April 24, 2024 |
| ANTHONY DAVID NEFSTEAD AND | : | |
| TRISHA NEFSTEAD, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE IN REGARD TO
MOTION TO AMEND DISTRIBUTION TO DAWN MICHELLE NEFSTEAD AND
ANTHONY DAIVD NEFSTEAD AND THE ESTATE OF HARLAN NEFSTEAD
(ROUND-UP LITIGATION) AND NOTICE OF HEARING WITH RESPONSE
DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 4, 2024.

The types of service made are as follows:

SERVED VIA CM/ECF (NO PAPER COPY)

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour, Esquire at cmecf@chapter13trusteewdpa.com
- Lauren Moyer on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT at lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com
- Denise Carlon on behalf of Creditor Limosa LLC at dcarlon@kmllawgroup.com
- Stephen Russell Franks on behalf of Creditor WELLS FARGO BANK, N.A. at amps@manleydeas.com
- Richard James Tracy, III on behalf of Creditor Rushmore Loan Management Services, LLC at richard.tracy.iii@gmail.com

1654726

<u>SERVED VIA USPS, First-Class Mail, postage prepaid</u>

- Shayna T. Slater, Esquire
- Edgar Snyder & Associates, LLC
- Betsy Zimmerman, Esq., Administratrix for the Estate of Harlan Nefstead
- Anthony Michael Nefstead, 1186 Horm Run Road, Reynoldsville, PA 15851
- Tricia Nefstead, 504 Concord Street, Corry, PA 16407
- All parties on the attached mailing matrix

Dated: April 4, 2024                                        Respectfully submitted,

                                                          THE QUINN LAW FIRM

                               By:     <u>/s/ Michael S. Jan Janin</u>
                                       Michael S. Jan Janin, Esq.
                                       Pa. I.D. No. 38880
                                       2222 West Grandview Boulevard
                                       Erie, PA 16506-4508
                                       Phone:  (814) 833-2222, Ext. 1045
                                       Fax:  (814) 833-6753
                                       [mjanjanin@quinnfirm.com](mailto:mjanjanin@quinnfirm.com)
                                       Attorneys for Debtors

1654726

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10814-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Mar 21 14:04:39 EDT 2024 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Rushmore Loan Management Services, LLC<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Suite 160<br>Garden City, NY 11530-1631 |
| Sinko Zimmerman, LLC<br>Suite 200, One Adams Place<br>310 Seven Fields Blvd.<br>Seven Fields, PA 16046-4343 | U.S. Bank National Association, not in its i<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Ste 160<br>Garden City, NY 11530-1631 | U.S. Bank National Association, not in its i<br>Friedman Vartolo, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004-1734 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | ARIS<br>111 Stow Avenue<br>Suite 200<br>Cuyahoga Falls, OH 44221-2560 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 |
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236-1445 | Barbara Welton, Esquire<br>2530 Village Commons Drive, #B<br>Erie, PA 16506-7204 |
| CBE Group<br>1309 Technology Parkway<br>Cedar Falls, IA 50613-6976 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | CitiBank, N.A.<br>c/of Fay Servicing LLC<br>440 S. LaSalle Street<br>Suite 2000<br>Chicago, IL 60605-5011 | Comenity Bank<br>Bankruptcy Dept.<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| EOS CCA<br>P.O. Box 981002<br>Boston, MA 02298-1002 | Edward Snyder & Associates<br>5158 Peach Street #10<br>Erie, PA 16509-2488 | Fed Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| (p)FIRST FEDERAL CREDIT CONTROL INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5630 | First Financial Investment Fund Holdings, Ll<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Ford Motor Credit Company<br>575 E. Swedesford Road<br>Suite 100<br>Wayne, PA 19087-1625 |
| (p)FRANKLIN AMERICAN MORTGAGE COMPANY<br>6100 TOWER CIRCLE<br>SUITE 800<br>FRANKLIN TN 37067-1507 | Genpact Services LLC<br>P.O. Box 1969<br>Southgate, MI 48195-0969 | Home Depot<br>P.O. Box 9001010<br>Louisville, KY 40290-1010 |

| | | |
|---|---|---|
| Jennifer Brown<br>Northwestern Legal Services<br>3110 Highland Road<br>Suite 203<br>Hermitage, PA 16148-4505 | Joan M. Fairchild, Esquire<br>132 N. Center Street<br>Corry, PA 16407-1625 | KML Law Group PC<br>Suite 5000, 701 Market Street<br>Philadelphia, PA 19106-1541 |
| Kohl's<br>Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Limosa, LLC<br>Land Home Financial Services, Inc.<br>3611 South Harbor Blvd Suite 100<br>Santa Ana, CA 92704-7915 |
| (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 | Mercury Card<br>Card Services<br>P.O. Box 84064<br>Columbus, GA 31908-4064 | Mortgage Electronic Registration<br>Systems, Inc.<br>P.O. Box 2026<br>Flint, MI 48501-2026 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | Pa. Dept. of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Synchrony Bank<br>ATTENTION:  Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Tammie Haynes<br>3110 Highland Road<br>Suite 203<br>Hermitage, PA 16148-4505 | Trisha D. Nefstead<br>504 Concord Avenue<br>Corry, PA 16407-2232 |
| U.S. Bank National Association<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | U.S. Bank National Association, et al.<br>C/O Rushmore Servicing<br>PO BOX 619096<br>Dallas, TX 75261-9096 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| Vicky Conner<br>31131 Tatle Street<br>Cambridge Springs, PA 16403-5635 | Warren General Hospital<br>Two Crescent Park West<br>P.O. Box 68<br>Warren, PA 16365-0068 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-1663 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Betsy A. Zimmerman<br>Sinko Zimmerman, LLC<br>Suite 200, One Adams Place<br>310 Seven Fields Blvd.<br>Seven Fields, PA 16046-4343 | Dawn Michelle Nefstead<br>504 Concord Street<br>Corry, PA 16407-2232 |

| | | |
|---|---|---|
| Harlan Michael Nefstead<br>504 Concord Street<br>Corry, PA 16407-2232 | Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

Shayna Slater
Arapol Weiss
130 North 18th Street
Suite #1600
Philadelphia, PA 19103-2780


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial Services LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | First Federal Credit Control<br>2470 Chagrin Blvd.<br>Suite 205<br>Beachwood, OH 44122-5630 |
| Franklin American Mortgage Company<br>501 Corporate Center Drive<br>Suite 400<br>Franklin, TN 37067 | Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Limosa LLC | (u)US Bank NA | (u)WELLS FARGO BANK, N.A. |


End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66