IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|    Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | |
|    Movant, | : | |
| | : | |
|          v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__  The Debtors are not required to pay any Domestic Support Obligations.

    _____  The Debtor(s) is/are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 5, 2024, at Docket #117, Debtor, Dawn Nefstead, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5. On February 19, 2024, Debtors filed a Motion to Excuse Harlan Michael Nefstead from taking the Debtor Education Course and filing the Certificate of Discharge Eligibility due to the death of Harlan Michael Nefstead (Doc. #104).

#1654140

6. On February 20, 2024, the Court granted Debtor's Motion (Doc. #105) waiving the Debtor Education Course, however ordered the Debtor, Harlan Michael Nefstead, to file the Certificate of Eligibility Discharge with a notation about the waiver.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__  Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____  Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 04/09/2024        By: /s/ Dawn Michelle Nefstead
                              Debtor, Dawn Michelle Nefstead

Dated: 04/09/2024        By: /s/ Harlan Michael Nefstead
                              Debtor, Harlan Michael Nefstead

Dated: 04/09/2024

Respectfully submitted,
THE QUINN LAW FIRM

By: /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222, Ext. 1045
Fax: (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors

#1654140