IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
|     Movant, | : | MAY 14, 2024 AT 1:30 PM |
| | : | |
| v. | : | RESPONSES DUE: |
| | : | APRIL 24, 2024 |
| NO RESPONDENT. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AMEND DISTRIBUTION OF WRONGFUL DEATH & SURVIVOR ACTION (Document # 114)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Amend Distribution of Wrongful Death & Survivor Action filed April 4, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than April 24, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  April 25, 2024

Respectfully submitted,

THE QUINN LAW FIRM

By: /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone:  (814) 833-2222, Ext. 1045
Fax:  (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors

#01635782