IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | RELATED TO DOCUMENT NO. __114__ |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY DAVID NEFSTEAD AND | : | |
| TRISHA NEFSTEAD, | : | |
| Respondents | : | |

## ORDER

AND NOW, to-wit, this __25th__ day of _____April_____, 2024, upon consideration of the Motion to Amend Distribution to Dawn Michelle Nefstead, Anthony David Nefstead, Trisha Nefstead and the Estate of Harlan Nefstead (Round-Up Litigation) filed by the Debtor, Dawn Michelle Nefstead, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.     The distribution of the settlement funds shall be made as follows:

**TOTAL GROSS AWARD**                 **$202,716.76**

*LESS:*
| | |
|---|---|
| Chapter 13 Trustee | $10,000.00 |
| Anapol Weiss $33^{1/3}$% (Counsel Fee) | $67,572.25 |
| Anapol Weiss (Reimbursement of Costs) | $4,260.27 |
| Private and Medicare Global Medical Lien | $7,984.97 |
| Quinn Law Firm- (Bankruptcy Counsel Fees) | $1,500.00 |

***Wrongful Death Action (50%)***                 **$55,699.63**

Distributed as follows:

| | |
|---|---|
| Dawn Nefstead (Decedent's spouse) | $42,849.81 |
| Anthony Nefstead (Decedent's son) | $6,424.91 |
| Trisha Nefstead (Decedent's daughter) | $6,424.91 |

***Survival Action (50%)***                 **$55,699.64***

1654726

*Dawn M. Nefstead, Administratrix of the Estate of Harlan M. Nefstead, Deceased, to be deposited into the Estate's account with final distribution after administration of the Estate pursuant to the Pennsylvania Intestacy Statute.*

2.    Except as otherwise provided above, all of provisions of the Consent Order dated November 3, 2023 (Doc. #88) shall remain in full force and effect.

_____
Honorable John C. Melaragno
United States Bankruptcy Judge

SIGNED
4/25/24 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1654726

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 19-10814-JCM

Harlan Michael Nefstead                                                           Chapter 13

Dawn Michelle Nefstead

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024                     Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Jennifer Brown | on behalf of Counter-Defendant Tammie Haynes jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Jake Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Tammie Haynes jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Travis Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Counter-Defendant Jake Parrett jbrown@nwls.org |

District/off: 0315-1                               User: auto                                  Page 2 of 2
Date Rcvd: Apr 25, 2024                         Form ID: pdf900                        Total Noticed: 1

Jennifer Brown
on behalf of Counter-Defendant Travis Parrett jbrown@nwls.org

Lauren Moyer
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Michael S. Jan Janin
on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Counter-Claimant The Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Defendant Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Counter-Claimant Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Counter-Claimant The Unknown Heirs of Harlan M. Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Defendant The Unknown Heirs of Harlan M. Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Defendant The Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com


TOTAL: 20