

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-10814

DEBTOR(S):

HARLAN MICHAEL NEFSTEAD

DAWN MICHELLE NEFSTEAD

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 17 IN THE AMOUNT OF $2,558.06

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/20/2024