**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/21/2024

IN RE:

| | |
|---|---|
| HARLAN MICHAEL NEFSTEAD<br>DAWN MICHELLE NEFSTEAD<br>504 CONCORD STREET<br>CORRY, PA 16407<br>XXX-XX-5149         Debtor(s)<br><br>XXX-XX-1433 | Case No.19-10814<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/21/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**** C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541 | 1 | 0.00% | | NOTICE ONLY | 6442 | 0.00 | LOWES/PRAE |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL** C/O RUSHMORE SERVICING, PO BOX 619094, DALLAS, TX 75261 | 2 | 0.00% | 8 | MORTGAGE REGULAR PAYMEN | 6984 | 0.00 | PMT/DECL*DK4LMT*BGN 9/19*FR WF-DOC 43, 49*FR RMAC TRUST SERIES 2018 G |
| **FRANKLIN AMERICAN MTG CO++** 501 CORPORATE CENTER DR STE 400, FRANKLIN, TN 37067 | 3 | 0.00% | | NOTICE ONLY | | 0.00 | |
| **MANLEY DEAS KOCHALSKI LLC** PO BOX 165028, COLUMBUS, OH 43216-5028 | 4 | 0.00% | | NOTICE ONLY | | 0.00 | |
| **MORTGAGE ELECTRONIC REGISTRATION SYST** PO BOX 2026, FLINT, MI 48501-2026 | 5 | 0.00% | | NOTICE ONLY | | 0.00 | |
| **WELLS FARGO HOME MORTGAGE++** 8480 STAGECOACH CIRCLE, FREDERICK, MD 21701 | 6 | 0.00% | | NOTICE ONLY | | 0.00 | |
| **PA DEPARTMENT OF REVENUE*** BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 | 7 | 0.00% | 1 | PRIORITY CREDITOR | 5149 | 0.00 | NT PROV/PL*CL=0 |
| **ALLEGHENY HEALTH NETWORK** PO BOX 645266, PITTSBURGH, PA 15264-5266 | 8 | 0.00% | | UNSECURED CREDITOR | 6808 | 0.00 | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914, NORFOLK, VA 23541 | 9 | 0.00% | 16 | UNSECURED CREDITOR | 3809 | 4,130.40 | SYNCHRONY/SAMS CLUB |
| **ARIS++** PO BOX 72078, CLEVELAND, OH 44192 | 10 | 0.00% | | UNSECURED CREDITOR | 3081 | 0.00 | NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ATT**<br>POB 105262<br><br>ATLANTA, GA  30348 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2161 |
| **BARBARA J WELTON ESQ**<br>2530 VILLAGE COMMON DR<br><br>ERIE, PA  16506 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HARLAN MICHAEL NEFSTEAD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  654.06<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6303 |
| **CBE GROUP**<br>1309 TECHNOLOGY PRKWAY<br><br>CEDAR FALLS, IA  50613 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TAMMIE HAYNES**<br>40218 GARLAND ST<br><br>CENTERVILLE, PA  16404 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  58,024.97<br>COMMENT:  NT PROV/PL*CITIBANK*LATE*COMPLAINT PNDG*SEE CL 18*DKT | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: |
| **COMENITY BANK++**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~ULTA/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  8,714.62<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7061 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  8,605.58<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1589 |
| **EDGAR SNYDER & ASSOC**<br>USX TOWER 10TH FL<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HARLAN MICHAEL NEFSTEAD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br>NORWELL, MA  02061 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~VERIZON/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION++**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  0.00<br>COMMENT:  NO PMTS/PL@SEC 9.1*22716.38/CL*8245/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1433 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH  44122-5662 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br><br>DETROIT, MI  48255-0953 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  618.13<br>COMMENT:  NO ACCT/SCH*CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0470 |
| **JOAN FAIRCHILD**<br>132 N CENTER ST<br><br>CORRY, PA  16407 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  373.13<br>COMMENT:  NO ACCT/SCH*KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4406 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  2,256.48<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9218 |
| **MERCURY**<br>PO BOX 84064<br><br>COLUMBUS, GA  31908 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  1,197.05<br>COMMENT:  SYNCHRONY/AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6987 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK*** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~AMAZON/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 3,123.56 <br> COMMENT: NO ACCT/SCH*SYNCHRONY/LOWES | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6442 |
| **WARREN GENERAL HOSPITAL** <br> TWO CRESENT PARK <br> WARREN, PA 16365 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3697 |
| **WARREN GENERAL HOSPITAL** <br> TWO CRESENT PARK <br> WARREN, PA 16365 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4157 |
| **WARREN GENERAL HOSPITAL** <br> TWO CRESENT PARK <br> WARREN, PA 16365 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6575 |
| **WARREN GENERAL HOSPITAL** <br> TWO CRESENT PARK <br> WARREN, PA 16365 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9402 |
| **WARREN GENERAL HOSPITAL** <br> TWO CRESENT PARK <br> WARREN, PA 16365 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8937 |
| **WELLS FARGO BANK NA** <br> C/O WELLS FARGO CARD SERVICES <br> PO BOX 9210 <br> DES MOINES, IA 50306 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 4,153.22 <br> COMMENT: 632210761*NO ACCT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0761 |
| **GENPACT SVCS LLC/GEMB++** <br> POB 1969 <br> SOUTHGATE, MI 48195 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **TRISHA NEFSTEAD**<br>504 CONCORD AVE<br>CORRY, PA 16407 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |
| **VICKY CONNER++**<br>31131 TATLE ST<br>CAMBRIDGE SPRINGS, PA 16403 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 43  INT %: 6.00%<br>Court Claim Number: 1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5149 | CLAIM: 1,704.09<br>COMMENT: PIF~PMTS PROPER/CONF*2186.99/CL*NO SEC/SCH-PL*WNTS 6%*PIF/CR |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2338 | CLAIM: 0.00<br>COMMENT: NT/SCH*SHERMAN/CAP ONE*STALE CL $627.42 W/D*DOC 123 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9161 | CLAIM: 184.61<br>COMMENT: NT/SCH*ACCT OPEN 2/1/17 |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3044 | CLAIM: 4,953.10<br>COMMENT: $CL-PL*THRU 8/19*FR WF-DOC 43, 49*FR RMAC TRUST SERIES 2018 G-CTT-DOC 5 |
| **FIRST FINANCIAL INVESTMENT FUNDS HOLDIN**<br>C/O JEFFERSON CAPITAL SYST LLC*-ASSIGNEE<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1224 | CLAIM: 4,828.89<br>COMMENT: NT/SCH*BARCLAYS |
| **LIMOSA LLC**<br>C/O LAND HOME FINANCIAL SERVICES INC<br>PO BOX 25164<br>SANTA ANA, CA 92799-5164 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1294 | CLAIM: 0.00<br>COMMENT: SURR/PL@CITIBANK*CL=32096.05*UNS/SCH*SEE CL 19 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1599 | CLAIM: 0.00<br>COMMENT: NT/SCH*SHERMAN/PROVIDIAN*STALE CL $2,558.06 W/D*DOC 122 |
| **MICHELLE R GHIDOTTI-GONSALVES ESQ**<br>1920 OLD TUSTIN AVE<br>SANTA ANA, CA 92705 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: US BANK NA |