IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| | : | DATE AND TIME OF HEARING: |
| MICHAEL S. JAN JANIN, ESQ., AND | : | OCTOBER 29, 2024 AT 1:30PM |
| THE QUINN LAW FIRM, | : | |
|     Movant, | : | |
| | : | RESPONSE DEADLINE: |
|     v. | : | SEPTEMBER 30, 2024 |

NO RESPONDENT.

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING
APPLICATION FOR PROFESSIONAL FEES**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than September 30, 2024** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**A hearing will be held on October 29, 2024 at 1:30 pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date:  September 12, 2024          Respectfully submitted,
                                            THE QUINN LAW FIRM

                         BY:    /s/ Michael S. Jan Janin
                                          Michael S. Jan Janin, Esquire
                                          PA Id. No. 38880
                                          Counsel for Debtor
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania  16506-4508
                                          Telephone: 814-833-2222
                                          E-Mail: mjanjanin@quinnfirm.com

#01675686