IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL S. JAN JANIN, ESQ., AND | : | RELATED TO DOC. #_____ |
| THE QUINN LAW FIRM, | : | |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## ORDER

**AND NOW**, this **_____** day of **October, 2024,** it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $5,000.00 in fees and $0.00 in costs for services performed by Counsel for the Debtor for the period between January 1, 2024 and August 31, 2024.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $11,000.00 in fees and $500.00 in costs.

3. A total of $5,000.00 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

IT IS SO ORDERED.

                                                                                   _____
                                                                                   Hon. John C. Melaragno
                                                                                    United States Bankruptcy Judge

#1675688