IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND | : | HONORABLE JOHN C. MELARAGNO |
| DAWN MICHELLE NEFSTEAD, | : | |
|    Debtors. | : | CHAPTER 13 |
| | : | |
| DAWN MICHELLE NEFSTEAD, | : | DATE AND TIME OF HEARING: |
|    Movant, | : | OCTOBER 29, 2024 AT 1:30 PM |
| | : | |
| v. | : | RESPONSES DUE: |
| | : | SEPTEMBER 30, 2024 |
| NO RESPONDENT. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF COUNSEL FOR DEBTORS FOR FINAL COMPENSATION OF
ATTORNEYS' FEES & REIMBURSEMENT OF EXPENSES (DOC. #132)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application of Counsel for Debtors for Final Compensation of Attorneys' Fees & Reimbursement of Expenses filed September 12, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than September 30, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: October 1, 2024          Respectfully submitted,

                                     THE QUINN LAW FIRM

                          By:    /s/ Michael S. Jan Janin
                                     Michael S. Jan Janin, Esq.
                                     Pa. I.D. No. 38880
                                     2222 West Grandview Boulevard
                                     Erie, PA 16506-4508
                                     Phone: (814) 833-2222, Ext. 1045
                                     Fax: (814) 833-6753
                                     mjanjanin@quinnfirm.com
                                     Attorneys for Debtors

#01680528