IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10814 JCM |
| | : | |
| HARLAN MICHAEL NEFSTEAD AND DAWN MICHELLE NEFSTEAD, | : | HONORABLE JOHN C. MELARAGNO |
| | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL S. JAN JANIN, ESQ., AND THE QUINN LAW FIRM, | : | RELATED TO DOC. #  132 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## ORDER APPROVING APPLICATION OF
## MICHAEL S. JAN JANIN, ESQUIRE, AND THE QUINN LAW FIRM
## FOR FINAL COMPENSATION OF ATTORNEYS' FEES AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS

AND NOW, to wit, this 3rd day of October, 2024, upon consideration of the Application of Counsel for the Debtors for Final Compensation of Attorneys' Fees and Reimbursement of Expenses, it is hereby ORDERED, ADJUDGED and DECREED that:

1) the Application for Compensation of Final Attorneys' Fees in the total amount of $11,000.00 and Reimbursement of Expenses in the amount of $0.00 is APPROVED, less the no-look fee of $4,500 (which included $500.00 for expenses) (See, Disclosure of Compensation, Doc. #1), less $1,500 paid for the services performed by Counsel regarding the personal injury settlement (See Order, Doc. #88), which have all been applied;

2) Additional fees to be awarded to Counsel in the amount of $5,000.00.

IT IS SO ORDERED.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
10/3/24 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10814-JCM |
| Harlan Michael Nefstead | Chapter 13 |
| Dawn Michelle Nefstead | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Jennifer Brown | |
| | on behalf of Plaintiff Tammie Haynes jbrown@nwls.org |
| Jennifer Brown | |
| | on behalf of Plaintiff Travis Parrett jbrown@nwls.org |
| Jennifer Brown | |
| | on behalf of Plaintiff Jake Parrett jbrown@nwls.org |
| Lauren Moyer | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Michael S. Jan Janin
    on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Michael S. Jan Janin
    on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Michael S. Jan Janin
    on behalf of Defendant Dawn Michelle Nefstead  Administratrix of the Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com,
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

TOTAL: 12