**Fill in this information to identify the case:**

Debtor 1: Harlan Michael Nefstead

Debtor 2: Dawn Michelle Nefstead
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
(State)

Case number: 19-10814-JCM

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 4 4

**Property address:** 504 Concord Street
Number    Street

Corry, PA 16407
City          State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

Debtor 1  Harlan Michael Nefstead
    First Name     Middle Name     Last Name

Case number (*if known*) 19-10814-JCM

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Lauren M. Moyer, Esquire
   Signature

Date  11 / 21 / 2024

Print  Lauren M. Moyer
    First Name     Middle Name     Last Name

Title  Attorney to Creditor

Company  Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1325 Franklin Avenue, Suite 160
    Number     Street

Garden City    NY    11530
City     State     ZIP Code

Contact phone ( 212 ) 471- 5100

Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Harlan Michael Nefstead,<br>Dawn Michelle Nefstead,<br>Debtor | : | Bankruptcy No.: 19-10814-JCM<br>Chapter 13 |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT<br>v. | : | Related to Document No.<br><br>Hearing Date and Time: |
| Harlan Michael Nefstead,<br>Dawn Michelle Nefstead,<br>Winnecour, Ronda Ronda J. Winnecour<br>Respondents | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF
RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) November 21, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 21, 2024

By:   /s/ Lauren M. Moyer
      Signature

      Lauren Moyer
      Typed Name

      1325 Franklin Avenue, Suite 160, Garden City, NY 11530
      Address

      (212) 471-5100
      Phone No.

      320589 (PA)
      List Bar I.D. and State of Admission

1
Firm Case No. 210637-8

**PAWB Local Form 7 (07/13)**

**Service by Regular Mail**

Harlan Michael Nefstead
504 Concord Street
Corry, PA 16407
Bankruptcy Debtor

Dawn Michelle Nefstead
504 Concord Street
Corry, PA 16407
Bankruptcy Co-Debtor

**Service by NEF**

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508
Attorney

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
United States Trustee

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Bankruptcy Trustee