Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Harlan Michael Nefstead** | : | Case No. 19−10814−JCM |
| **Dawn Michelle Nefstead** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 145 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/21/25 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this ***The 26th of November, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 145 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  ***On or before January 10, 2025***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on ***January 21, 2025 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 19-10814-JCM

Harlan Michael Nefstead    Chapter 13

Dawn Michelle Nefstead

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Nov 26, 2024      Form ID: 300b      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |
| sp | + | Betsy A. Zimmerman, Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| sp | + | Shayna Slater, Arapol Weiss, 130 North 18th Street, Suite #1600, Philadelphia, PA 19103-2780 |
| sp | + | Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15103609 | + | ARIS, 111 Stow Avenue, Suite 200, Cuyahoga Falls, OH 44221-2560 |
| 15103608 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15103611 | + | Barbara Welton, Esquire, 2530 Village Commons Drive, #B, Erie, PA 16506-7204 |
| 15103614 | + | CitiBank, N.A., c/of Fay Servicing LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15103618 | + | Edward Snyder & Associates, 5158 Peach Street #10, Erie, PA 16509-2488 |
| 15103620 | | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103622 | + | Ford Motor Credit Company, 575 E. Swedesford Road, Suite 100, Wayne, PA 19087-1625 |
| 15685005 | + | Jennifer Brown, Northwestern Legal Services, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15143435 | + | Limosa, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15685006 | + | Tammie Haynes, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15103634 | + | Trisha D. Nefstead, 504 Concord Avenue, Corry, PA 16407-2232 |
| 15103635 | + | Vicky Conner, 31131 Tatle Street, Cambridge Springs, PA 16403-5635 |
| 15103639 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15103636 | | Warren General Hospital, Two Crescent Park West, P.O. Box 68, Warren, PA 16365-0068 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:15:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 27 2024 00:12:25 | Rushmore Loan Management Services, LLC, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15103610 | | Email/Text: g17768@att.com | Nov 27 2024 00:17:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15103607 | ^ | MEBN | Nov 27 2024 00:10:33 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15103613 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 27 2024 00:20:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |

Case 19-10814-JCM    Doc 147    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 15103612 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:25 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15112054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133809 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:16:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103615 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 182273, Columbus, OH 43218-2273 |
| 15103616 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15107911 | | Email/Text: G06041@att.com | Nov 27 2024 00:20:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15106675 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103619 | | Email/Text: bankruptcydepartment@tsico.com | Nov 27 2024 00:20:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 15103621 | | Email/Text: rj@ffcc.com | Nov 27 2024 00:17:00 | First Federal Credit Control, 2470 Chagrin Blvd., Suite 205, Beachwood, OH 44122-5630 |
| 15103623 | | Email/Text: mortgagebksupport@citizensbank.com | Nov 27 2024 00:20:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 15124960 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15103625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:15:43 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15103627 | ^ | MEBN | Nov 27 2024 00:10:52 | KML Law Group PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15103628 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 00:16:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15105877 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:34:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103629 | | Email/Text: amps@manleydeas.com | Nov 27 2024 00:17:00 | Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15103630 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 27 2024 00:17:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15103631 | ^ | MEBN | Nov 27 2024 00:11:44 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15139922 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:33:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15103632 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 00:19:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15105649 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 27 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15367069 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:17:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:54 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15104612 | ^ | MEBN | Nov 27 2024 00:13:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 15375360 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:17:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15656849 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:17:00 | U.S. Bank National Association, et al., C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 15109689 | ^ | MEBN | Nov 27 2024 00:12:13 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15121708 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:16:01 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15133824 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:33:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15103637 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:34:35 | Wells Fargo Bank, N.A., 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 15103638 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:16:01 | Wells Fargo Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa LLC |
| cr | | US Bank NA |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15137278 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103617 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15375362 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103624 | ## | Genpact Services LLC, P.O. Box 1969, Southgate, MI 48195-0969 |
| 15103626 | ##+ | Joan M. Fairchild, Esquire, 132 N. Center Street, Corry, PA 16407-1625 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

District/off: 0315-1     User: auto     Page 4 of 4

Date Rcvd: Nov 26, 2024     Form ID: 300b     Total Noticed: 56

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Jennifer Brown | on behalf of Plaintiff Travis Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Jake Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Tammie Haynes jbrown@nwls.org |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Michael S. Jan Janin | on behalf of Defendant Dawn Michelle Nefstead Administratrix of the Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor Rushmore Loan Management Services LLC richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |

TOTAL: 12