| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Harlan Michael Nefstead<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5149<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dawn Michelle Nefstead<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1433<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    19-10814-JCM | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Harlan Michael Nefstead         Dawn Michelle Nefstead

<u>1/13/25</u>                                **By the court:** <u>John C Melaragno</u>
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10814-JCM |
| Harlan Michael Nefstead | Chapter 13 |
| Dawn Michelle Nefstead | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |
| sp | + | Betsy A. Zimmerman, Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| sp | + | Shayna Slater, Arapol Weiss, 130 North 18th Street, Suite #1600, Philadelphia, PA 19103-2780 |
| sp | + | Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15103609 | + | ARIS, 111 Stow Avenue, Suite 200, Cuyahoga Falls, OH 44221-2560 |
| 15103608 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15103611 | + | Barbara Welton, Esquire, 2530 Village Commons Drive, #B, Erie, PA 16506-7204 |
| 15103614 | + | CitiBank, N.A., c/of Fay Servicing LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15103618 | + | Edward Snyder & Associates, 5158 Peach Street #10, Erie, PA 16509-2488 |
| 15103620 | | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103622 | + | Ford Motor Credit Company, 575 E. Swedesford Road, Suite 100, Wayne, PA 19087-1625 |
| 15685005 | + | Jennifer Brown, Northwestern Legal Services, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15143435 | + | Limosa, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15685006 | + | Tammie Haynes, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15103634 | + | Trisha D. Nefstead, 504 Concord Avenue, Corry, PA 16407-2232 |
| 15103635 | + | Vicky Conner, 31131 Tatle Street, Cambridge Springs, PA 16403-5635 |
| 15103636 | | Warren General Hospital, Two Crescent Park West, P.O. Box 68, Warren, PA 16365-0068 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 14 2025 04:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 14 2025 00:07:36 | Rushmore Loan Management Services, LLC, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15103610 | | EDI: ATTWIREBK.COM | Jan 14 2025 04:57:00 | AT&T, P.O. Box 5014, Carol Stream, IL |

Case 19-10814-JCM    Doc 151    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 57 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 60197-5014 |
| 15103607 | ^ | MEBN | Jan 14 2025 00:08:58 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15103613 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jan 14 2025 00:11:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 15103612 | | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15112054 | | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133809 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 00:32:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103615 | | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 182273, Columbus, OH 43218-2273 |
| 15103616 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15107911 | | EDI: DIRECTV.COM | Jan 14 2025 04:57:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15106675 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103619 | | Email/Text: bankruptcydepartment@tsico.com | Jan 14 2025 00:12:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 15103621 | | Email/Text: rj@ffcc.com | Jan 14 2025 00:09:00 | First Federal Credit Control, 2470 Chagrin Blvd., Suite 205, Beachwood, OH 44122-5630 |
| 15103623 | | Email/Text: mortgagebksupport@citizensbank.com | Jan 14 2025 00:12:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 15124960 | + | EDI: JEFFERSONCAP.COM | Jan 14 2025 04:57:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15103625 | + | EDI: CITICORP | Jan 14 2025 04:57:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15103627 | ^ | MEBN | Jan 14 2025 00:09:06 | KML Law Group PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15103628 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:09:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15105877 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:32:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103629 | | Email/Text: amps@manleydeas.com | Jan 14 2025 00:10:00 | Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15103630 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 14 2025 00:09:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15103631 | ^ | MEBN | Jan 14 2025 00:07:32 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15139922 | | EDI: PRA.COM | Jan 14 2025 04:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15103632 | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15103632 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15105649 | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15105649 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15367069 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 00:10:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103633 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15104612 | ^ | MEBN | Jan 14 2025 00:07:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375360 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 00:10:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15656849 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 00:10:00 | U.S. Bank National Association, et al., C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 15109689 | ^ | MEBN | Jan 14 2025 00:09:59 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103639 | | EDI: WFFC | Jan 14 2025 04:57:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15121708 | + | EDI: WFFC2 | Jan 14 2025 04:57:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15133824 | | EDI: WFFC2 | Jan 14 2025 04:57:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15103637 | + | EDI: WFFC2 | Jan 14 2025 04:57:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 15103638 | | EDI: WFFC2 | Jan 14 2025 04:57:00 | Wells Fargo Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa LLC |
| cr | | US Bank NA |
| cr | | WELLS FARGO BANK, N.A. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15137278 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103617 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15375362 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103624 | ## | Genpact Services LLC, P.O. Box 1969, Southgate, MI 48195-0969 |
| 15103626 | ##+ | Joan M. Fairchild, Esquire, 132 N. Center Street, Corry, PA 16407-1625 |

TOTAL: 3 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 57 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com

Jennifer Brown
on behalf of Plaintiff Travis Parrett jbrown@nwls.org

Jennifer Brown
on behalf of Plaintiff Jake Parrett jbrown@nwls.org

Jennifer Brown
on behalf of Plaintiff Tammie Haynes jbrown@nwls.org

Lauren Moyer
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Michael S. Jan Janin
on behalf of Defendant Dawn Michelle Nefstead  Administratrix of the Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Michael S. Jan Janin
on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Michael S. Jan Janin
on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

TOTAL: 12