**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HARLAN MICHAEL NEFSTEAD
    DAWN MICHELLE NEFSTEAD
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-10814

Chapter 13

Document No.: 145

## ORDER OF COURT

AND NOW, this   13th   day of   January  , 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

SIGNED
1/13/25 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-10814-JCM

Harlan Michael Nefstead                                                                    Chapter 13

Dawn Michelle Nefstead

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harlan Michael Nefstead, Dawn Michelle Nefstead, 504 Concord Street, Corry, PA 16407-2232 |
| sp | + | Betsy A. Zimmerman, Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| sp | + | Shayna Slater, Arapol Weiss, 130 North 18th Street, Suite #1600, Philadelphia, PA 19103-2780 |
| sp | + | Sinko Zimmerman, LLC, Suite 200, One Adams Place, 310 Seven Fields Blvd., Seven Fields, PA 16046-4343 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15103609 | + | ARIS, 111 Stow Avenue, Suite 200, Cuyahoga Falls, OH 44221-2560 |
| 15103608 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15103611 | + | Barbara Welton, Esquire, 2530 Village Commons Drive, #B, Erie, PA 16506-7204 |
| 15103614 | + | CitiBank, N.A., c/of Fay Servicing LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 15103618 | + | Edward Snyder & Associates, 5158 Peach Street #10, Erie, PA 16509-2488 |
| 15103620 | | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15103622 | + | Ford Motor Credit Company, 575 E. Swedesford Road, Suite 100, Wayne, PA 19087-1625 |
| 15685005 | + | Jennifer Brown, Northwestern Legal Services, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15143435 | + | Limosa, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 15685006 | + | Tammie Haynes, 3110 Highland Road, Suite 203, Hermitage, PA 16148-4505 |
| 15103634 | + | Trisha D. Nefstead, 504 Concord Avenue, Corry, PA 16407-2232 |
| 15103635 | + | Vicky Conner, 31131 Tatle Street, Cambridge Springs, PA 16403-5635 |
| 15103639 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 15103636 | | Warren General Hospital, Two Crescent Park West, P.O. Box 68, Warren, PA 16365-0068 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 14 2025 00:07:37 | Rushmore Loan Management Services, LLC, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15103610 | | Email/Text: g17768@att.com | Jan 14 2025 00:09:00 | AT&T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 15103607 | ^ | MEBN | Jan 14 2025 00:09:03 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15103613 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jan 14 2025 00:11:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |

| 15103612 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:22:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15112054 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:32:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133809 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jan 14 2025 00:32:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103615 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jan 14 2025 00:10:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 182273, Columbus, OH 43218-2273 |
| 15103616 | Email/Text: mrdiscen@discover.com | | |
| | | Jan 14 2025 00:09:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15107911 | Email/Text: G06041@att.com | | |
| | | Jan 14 2025 00:11:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15106675 | Email/Text: mrdiscen@discover.com | | |
| | | Jan 14 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103619 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Jan 14 2025 00:12:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 15103621 | Email/Text: rj@ffcc.com | | |
| | | Jan 14 2025 00:09:00 | First Federal Credit Control, 2470 Chagrin Blvd., Suite 205, Beachwood, OH 44122-5630 |
| 15103623 | Email/Text: mortgagebksupport@citizensbank.com | | |
| | | Jan 14 2025 00:12:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 15124960 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jan 14 2025 00:11:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15103625 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 14 2025 00:32:51 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15103627 | ^ MEBN | | |
| | | Jan 14 2025 00:09:05 | KML Law Group PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15103628 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jan 14 2025 00:09:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15105877 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 14 2025 00:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103629 | Email/Text: amps@manleydeas.com | | |
| | | Jan 14 2025 00:10:00 | Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15103630 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Jan 14 2025 00:09:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15103631 | ^ MEBN | | |
| | | Jan 14 2025 00:07:35 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15139922 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jan 14 2025 00:32:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15103632 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jan 14 2025 00:11:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15105649 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jan 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15367069 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 14 2025 00:10:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103633 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:21:49 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15104612 | ^ MEBN | | |
| | | Jan 14 2025 00:07:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| | | | |
|---|---|---|---|
| | | | 23541-1021 |
| 15375360 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 14 2025 00:10:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15656849 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 14 2025 00:10:00 | U.S. Bank National Association, et al., C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 15109689 | ^ MEBN | | |
| | | Jan 14 2025 00:10:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15121708 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:21:05 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15133824 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:20:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15103637 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:21:06 | Wells Fargo Bank, N.A., 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 15103638 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 14 2025 00:22:08 | Wells Fargo Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa LLC |
| cr | | US Bank NA |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15137278 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15103617 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15375362 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15103624 | ## | Genpact Services LLC, P.O. Box 1969, Southgate, MI 48195-0969 |
| 15103626 | ##+ | Joan M. Fairchild, Esquire, 132 N. Center Street, Corry, PA 16407-1625 |

TOTAL: 3 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

District/off: 0315-1                         User: auto                                    Page 4 of 4
Date Rcvd: Jan 13, 2025                       Form ID: pdf900                             Total Noticed: 56

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Jennifer Brown | on behalf of Plaintiff Travis Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Jake Parrett jbrown@nwls.org |
| Jennifer Brown | on behalf of Plaintiff Tammie Haynes jbrown@nwls.org |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Michael S. Jan Janin | on behalf of Defendant Dawn Michelle Nefstead  Administratrix of the Estate of Harlan M. Nefstead mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Harlan Michael Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Dawn Michelle Nefstead mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor Rushmore Loan Management Services  LLC richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

TOTAL: 12